JANE DOE
Address Confidentiality Program
P.O. Box 1110
Albany, NY 12201
jgk246@gmail.com
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN LARSEN, RIPPLE LABS INC., and DOES 1-10,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) | **Case No. 3:26-cv-11703-TSH**<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS (DKT. 94)**<br><br>Civil L.R. 6-2, 7-12<br>Judge: Hon. Thomas S. Hixson |

Plaintiff Jane Doe, who is representing herself, and Defendants Christian Larsen and Ripple Labs Inc., through their counsel, stipulate as follows:

WHEREAS, on October 30, 2026, Defendants filed a Motion to Dismiss the Second Amended Complaint (Dkt. 94), noticed for hearing on December 17, 2026 at 10:00 a.m.;

WHEREAS, under Civil L.R. 7-3, Plaintiff's opposition is currently due November 13, 2026, and Defendants' reply is currently due November 20, 2026;

WHEREAS, Plaintiff requested additional time to prepare her opposition, and the parties have met and conferred and agreed to the schedule below;

WHEREAS, this is the first modification of the briefing schedule on Dkt. 94, and it does not change the hearing date or any other date in this action, including the dates set by the Case Management Order (Dkt. 89);

WHEREAS, nothing in this stipulation waives or limits any party's rights, including Plaintiff's right to seek leave to amend and Defendants' right to oppose any such motion;

NOW, THEREFORE, the parties stipulate and respectfully request that the Court order as follows:

1. Plaintiff's opposition to Defendants' Motion to Dismiss (Dkt. 94) shall be filed by November 30, 2026.

2. Defendants' reply in support of the Motion to Dismiss shall be filed by December 7, 2026.

3. The hearing on the Motion to Dismiss remains set for December 17, 2026, at 10:00 a.m.

4. All other dates and deadlines in this action remain unchanged.

IT IS SO STIPULATED.

Dated: November 5, 2026

/s/ Jane Doe

JANE DOE

Plaintiff, Pro Se

Dated: November 6, 2026

KING & SPALDING LLP

/s/ Kelly Perigoe

Kelly Perigoe

Attorneys for Defendants

Christian Larsen and Ripple Labs Inc.

**ATTESTATION**

Under Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

/s/ Jane Doe

JANE DOE

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 6, 2026



THOMAS S. HIXSON

United States Magistrate Judge