JANE DOE
Address Confidentiality Program
P.O. Box 1110
Albany, NY 12201
jgk246@gmail.com
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br>v.<br>CHRISTIAN LARSEN, RIPPLE LABS INC., and DOES 1-10,<br><br>Defendants. | **Case No. 3:26-cv-11703-TSH**<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER SUBMITTING MOTION TO DISMISS (DKT. 94) ON THE PAPERS AND PERMITTING REMOTE APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Civil L.R. 7-1(b), 7-12<br>Judge: Hon. Thomas S. Hixson |

Plaintiff Jane Doe, who is representing herself, and Defendants Christian Larsen and Ripple Labs Inc., through their counsel, stipulate as follows:

WHEREAS, on October 30, 2026, Defendants filed a Motion to Dismiss the Second Amended Complaint (Dkt. 94), noticed for hearing on December 17, 2026, at 10:00 a.m.;

WHEREAS, on November 6, 2026, the Court approved the parties' stipulated briefing schedule at Dkt. 96, under which Plaintiff's opposition is due November 30, 2026, and

Defendants' reply is due December 7, 2026;

WHEREAS, the Court may decide a motion without oral argument under Fed. R. Civ. P. 78(b) and Civil L.R. 7-1(b), and the parties agree that Dkt. 94 can be decided on the papers;

WHEREAS, a Case Management Conference is set for January 14, 2027; Plaintiff has informed Defendants that she resides outside California, and that travel to San Francisco to attend in person is not feasible for her;

WHEREAS, nothing in this stipulation waives or limits any party's rights, including Plaintiff's right to seek leave to amend and Defendants' right to oppose any such motion;

NOW, THEREFORE, the parties stipulate and respectfully request that the Court order as follows:

1. Defendants' Motion to Dismiss the Second Amended Complaint (Dkt. 94) is submitted for decision on the papers without oral argument, and the December 17, 2026 hearing on that motion is vacated.

2. Plaintiff may appear remotely at the January 14, 2027 Case Management Conference, by the means and under the instructions the Court provides.

3. The January 14, 2027 Case Management Conference remains on calendar.

4. All other dates and deadlines in this action remain unchanged.

IT IS SO STIPULATED.

Dated: November 19, 2026

/s/ Jane Doe

JANE DOE

Plaintiff, Pro Se

Dated: November 19, 2026

KING & SPALDING LLP

By: /s/ Kelly Perigoe

Kelly Perigoe

Attorneys for Defendants

Christian Larsen and Ripple Labs Inc.

**ATTESTATION**

Under Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

/s/ Jane Doe

JANE DOE

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 20, 2026

THOMAS S. HIXSON

United States Magistrate Judge